UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:17-cv-80357

K.S.,

    Plaintiff,

vs.

TOWN OF PALM BEACH SHORES
and CHARLES HOEFFER, Individually,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendant, TOWN OF PALM BEACH SHORES ("Town"), by and through undersigned counsel and pursuant to 28 U.S.C. §1441 and 28 U.S.C. §1446, removes this action from the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, to the United States District Court for the Southern District of Florida and states:

    1.    Plaintiff has sued the Town in Count II of the Complaint for alleged deprivations of his federally protected rights through 42 U.S.C. § 1983 and has sued Co-Defendant, CHARLES HOEFFER, in Count I of the Complaint for alleged deprivations of his federally protected rights through 42 U.S.C. § 1983.

    2.    The first pleading giving rise to a right to remove the action was Plaintiff's complaint served on the City on February 23, 2017.

    3.    Pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3), this Court has original jurisdiction over this action, as this action presents a "federal question" and seeks to redress

the alleged deprivation of the Plaintiff's civil rights.

4. Pursuant to 28 U.S.C. §1441(a), 28 U.S.C. §1441(b), and 28 U.S.C. §1441(c), this action is properly removable to this Court.

5. The undersigned has conferred with counsel for Co-Defendant, CHARLES HOEFFER, and is authorized to represent that CHARLES HOEFFER joins in the removal.

6. A copy of the Complaint together with copies of the papers filed in this proceeding with the Clerk of the Court for Fifteenth Judicial Circuit in and for Palm Beach County, Florida, are attached as Exhibit "A."

7. Venue is proper in this Court because the alleged conduct occurred within the Southern District of Florida.

8. Defendant has filed a notice of removal with the Clerk of the Court for Fifteenth Judicial Circuit in and for Palm Beach County, Florida, in accordance with 28 U.S.C. §1446(d).

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 20th day of March, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

                                                         _s/Christopher J. Stearns_
                                                         CHRISTOPHER J. STEARNS
                                                         Florida Bar No.  557870
                                                        Attorneys for Town of Palm Beach Shores
                                                         JOHNSON, ANSELMO, MURDOCH,
                                                         BURKE, PIPER & HOCHMAN, PA
                                                         2455 East Sunrise Boulevard, Suite 1000
                                                         Fort Lauderdale, Florida 33304
                                                         Telephone.:   (954) 463-0100
                                                         Facsimile.:     (954) 463-2444
                                                         stearns@jambg.com / blouin@jambg.com

## SERVICE LIST

**Michael H. Kugler, Esq**.
SEARCY DENNEY SCAROLA BARNHART & SHIPLEY, P.A.
*Attorney for Plaintiff*
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Telephone:   (561) 686-6300
Facsimile:    (56l) 383-9451
LewisTeam@searoylaw.com
mbk@searcylaw.com
axs@sesrcylaw.com

---

**Stephanie Duetsch, Esq.**
**Harriet R. Lewis, Esq.**
LEWIS STROUD DEUTSCH, P.L.
*Attorneys for Charles Hoeffer*
1900 Glades Road, Suite 251
Boca Raton, Florida 33431
Telephone:   (561) 826 2800
Facsimile:    (561) 826 2828
sdeutsch@lsdlaw.net
hlewis@lsdlaw.net
twolosh@lsdlaw.net
jwright@lsdlaw.net

---

**Christopher J. Stearns, Esq.**
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
*Attorney for Town of Palm Beach Shores*
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Telephone.:  (954) 463-0100
Facsimile.:   (954) 463-2444
stearns@jambg.com
blouin@jambg.com